[No. 11337-6-II. Division Two. November 16, 1988.]

IDA M. HOOPMAN, *as Personal Representative, Appellant,*
v. THE PORT OF SHELTON, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-01248-1, Thomas R. Sauriol, J., entered August 28, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10984-1-II. Division Two. November 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH WAYNE MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-1-00130-0, J. Dean Morgan, J., entered April 27, 1987. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 11066-1-II. Division Two. November 16, 1988.]

ANNA LEE BRINER, *Appellant,* v. SIMPSON TIMBER COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-00861-2, Robert L. Charette, J., entered May 11, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.